# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2165
Lower Tribunal No. 2005-CF-013444-A-O

_____

JOHN PETERSON JANVIER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

March 24, 2026

PER CURIAM.

AFFIRMED.

STARGEL, MIZE and BROWNLEE, JJ., concur.


John Peterson Janvier, Orlando, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Bureau Chief, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED